UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DA'SHAUN BROOKS,

    Plaintiff,

v.                                                Case No. 3:23-cv-990-BJD-PDB

OFFICER A. C. FRAZIER AND
OFFICER DUBOSE,

    Defendants.
_____

## ORDER

Plaintiff's document titled "Motion to Compel" (Doc. 7) is **DENIED**. Despite the title of his Motion, Plaintiff does not seek relief under Rule 37 of the Federal Rules of Civil Procedure. Rather, Plaintiff asks the Court to "compel compliance with . . . Department Regulations" regarding inmate grievances and to "compel the removal of [the grievance] coordinator." Doc. 7 at 2. Plaintiff is reminded that all requests for relief must be in the form of a pleading or a motion that sets forth the basis for the request and must be supported by a memorandum of law. *See* Notice to Pro Se Litigant (Doc. 3) (citing M.D. Fla. R. 3.01(a)).

The Court further advises Plaintiff that courts generally will not interfere with matters of prison administration, including the grievance process. *See Bell v. Wolfish*, 441 U.S. 520, 547-48 (1979) ("[T]he operation of our correctional facilities is peculiarly the province of the Legislative and Executive Branches . . . not the Judicial.").

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of October, 2023.

_____
BRIAN J. DAVIS
United States District Judge

caw 10/5

c:   Da'shaun Brooks, #H40839